Case No: 18-07015

2018 JUN 26  A 9 32

Damien Byrd, Aman
℅ 4240 Portsmouth Blvd.
  Ste. 129
    Chesapeake, VA 23321

Request for New Court Date, Due to
Not Receiving Notice

Damien Byrd, a real man, was not serviced notice of this complaint at a reliable address. The address is shared by up to 8 other people. I rarely check po Box useless I am Expecting mail. I was informed less than 24 hours ago of the compliant and court date. The person who informed me had received mail and due to our relationship didnt advise or provide me with mail. Any documents put in on this case was used By noticing a PO Box and not a real person. Certificates of Service are VOID, due to mailing to a general PO BOX Shared by others. I ask for a New Date as I am not able To attend 1:30 pm Meeting, as I drove from South Carolina yesterday To delieve this letter. As I have to drive Back right after Delieveory of this Notice. Thank you in advance

6/26/2018